UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-23765-Civ-COOKE/DAMIAN

VICTORIA LOPEZ,
for Yanin Diaz, deceased,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation ("R&R") of the Honorable Melissa Damian, U.S. Magistrate Judge (ECF No. 25) regarding Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act (the "Motion") (ECF No. 24). In her R&R, Judge Damian recommends that Plaintiff's Motion be granted and that the Court award $6,412.50 in attorney's fees, which should be made payable to Plaintiff's counsel, Mr. Rogelio R. Oliver, after the Government determines whether Plaintiff owes a federal debt. The parties have not filed objections to the R&R, and the time to do so has passed.

The Court has reviewed the R&R and the relevant record and agrees with the reasoning and recommendations set forth therein. Finding no clear error, the Court **AFFIRMS and ADOPTS** Judge Damian's R&R (ECF No. 25). It is hereby **ORDERED and ADJUDGED** that Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act (ECF No. 24) is **GRANTED**. Plaintiff is awarded **$6,412.50** is attorney's fees pursuant to the Equal Access to Justice Act, which shall be payable to Plaintiff's counsel, Mr. Rogelio R. Oliver, subject to offset against any pre-existing debt Plaintiff may owe to the

United States.

**DONE and ORDERED** in Chambers, in Miami, Florida this 3rd day of January, 2023.

                                                                                                                DARRIN P. GAYLES
                                                            UNITED STATES DISTRICT COURT JUDGE
                                                            For Marcia G. Cooke, U.S. District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*